IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACQUELINE CAZEAU, DAWN STOJKOVIC, MICHAEL ANDERSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>TPUSA, Inc., dba TELEPERFORMANCE USA,<br><br>  Defendant. | **ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT**<br><br>Case No. 2:18-cv-00321-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Joint Motion for Final Approval of Collective Action Settlement (Joint Motion),[1] and for the reasons set forth therein and in the court's Order Granting Second Joint Motion for Certification and Approval of Collective Action Settlement (Preliminary Approval Order),[2] the Court GRANTS the Parties' Joint Motion and hereby Orders that:

1. The instant FLSA collective action settlement is certified for purposes of settlement, and includes the 4,238 opt-in class members that submitted written consent forms to the class administrator as identified in Exhibit B to the class administrator's Declaration filed in this action;

2. The Amended Settlement Agreement is given FINAL APPROVAL as fair and reasonable; and

---

[1] Dkt. 88.

[2] Dkt. 85

1

3. The class administrator is directed to distribute the Gross Settlement Fund consistent with the Amended Settlement Agreement as follows:

   **Gross Settlement Fund: $550,000.00**

   | | |
   |---|---|
   | 4,238 Opt-In Plaintiffs: | $224,111.66 |
   | Plaintiff Service Awards: | $27,500.00 |
   | Settlement Administration: | $103,500.00 |
   | Attorneys' Fees: | $183,315.00 |
   | Litigation Costs: | $11,573.34 |

4. Within seven (7) days of the distribution of the funds, counsel will file a notice with the court verifying the distribution has been completed and the case can be closed.

SO ORDERED this 1st day of September 2021.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge